UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 3:22-cr-132

vs.

BENJAMIN EDWARD LUCAS,               District Judge Michael J. Newman

    Defendant.

___

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER UNDER FED. R. CRIM. P. 16.1; (2) REQUIRING THE PARTIES TO FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE; AND (3) REQUIRING THE PARTIES TO FILE A JOINT PROPOSED SCHEDULING ORDER**

___

        This criminal case is before the Court following Defendant's arraignment on November 9, 2022.  Within 14 days of Defendant's arraignment, the parties shall meet and confer to "agree on a timetable and procedures for pretrial disclosure under Rule 16." Fed. R. Crim. P. 16.1(a).  The parties must file (1) a Notice identifying the Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, and a status report filing deadline.  A form Notice and Proposed Scheduling Order is attached hereto.

    **IT IS SO ORDERED.**

<u>November 15, 2022</u>                                       <u>s/Michael J. Newman</u>
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                ,

    Defendant.

Case No. 3: _____

District Judge Michael J. Newman

___

**NOTICE AND PROPOSED SCHEDULING ORDER**
___

The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1, and report that the present Speedy Trial Act deadline in this case is _____. The parties propose the following scheduling order:

| | |
|---|---|
| Discovery deadline: | |
| Motion filing deadline: | |
| Status report deadline: | |
| Final pretrial conference: | To be set by the Court. |
| Jury trial: | To be set by the Court. |

_____       _____
Counsel for Defendant                                       Counsel for the Government