UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                            Case No. 3:22-cr-132

vs.

BENJAMIN EDWARD LUCAS,         District Judge Michael J. Newman

     Defendant.

_____

**SCHEDULING ORDER**
_____

This criminal case is before the Court following Defendant's arraignment on November 9,

2022.  The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice

and a proposed scheduling order in which they report that the present Speedy Trial Act deadline

in this case is **January 19, 2023**.  Doc. No. 20.  Based on the parties' proposed scheduling order,

the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **December 7, 2022** |
| Motion filing deadline: | **December 28, 2022** |
| Status report deadline: | **January 5, 2023** |
| Jury trial: | **January 16, 2023 at 9:30 a.m.** |

The Court is amenable to extending these deadlines upon written motion by the parties

subject to the requirements of the Speedy Trial Act.

     **IT IS SO ORDERED.**

December 2, 2022                        s/Michael J. Newman
                                         Hon. Michael J. Newman
                                         United States District Judge